UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 25-cr-236 (JMC) |
| v. | : |
| DAMION BARNETT, | : |
| Defendant. | : |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### I. Summary of the Plea Agreement

Defendant agrees to plead guilty to Count One of the Indictment: Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

### II. Elements of the Offense

Count One

The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), each of which the government must prove beyond a reasonable doubt, are:

1. The defendant knowingly possessed a firearm or ammunition;

2. Before the defendant possessed the firearm or ammunition, the defendant was convicted of a crime punishable by imprisonment for a term exceeding one year and had knowledge of that fact; and

3. Before the defendant possessed the firearm or ammunition, the firearm and ammunition had moved at some time from one state to another or from a foreign country to the United States.

### III.  Penalties for the Offense

The penalty for Unlawful Possession of a Firearm or Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1) is:

1. Imprisonment for not more than fifteen years;
2. A fine not to exceed $250,000;
3. A term of supervised release not more than three years; and
4. A special assessment of $100.

### IV.  Brief Statement of the Facts

Had this case gone to trial, the government's evidence would have proven the following beyond a reasonable doubt:

On June 14, 2025, at approximately 6:00 p.m., in the 1100 block of 16th Street Northeast in Washington, D.C., police approached Damion Barnett ("the Defendant"). The Defendant fled on foot. Police chased the Defendant. During the pursuit, the Defendant pulled a firearm from his waistband area and threw the firearm into the air. The firearm landed on the ground and was subsequently recovered by police.

The firearm was a Glock 19 with serial number CCZU050. The firearm had one round head stamped X-TREME 9mm LUGER in the chamber and twenty-two rounds with various head stamps (FC 9MM LUGER, SIG 9mm LUGER, SB 14 9x19, BLAZER 9mm LUGER, R-P 9mm LUGER, FC 9MM+P, HORNADY 9mm LUGER, WIN 9MM LUGER, 9mm LUGER, and X-TREME 9mm LUGER) in a thirty-one round capacity magazine.

The Defendant knowingly possessed the firearm and ammunition. The firearm is a weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before arriving in the District of Columbia.

At the time of this offense, the Defendant had been previously convicted of a crime punishable by imprisonment for a term exceeding one year and had knowledge of that fact. Specifically, in 2022 in Superior Court Case Number 2021-CF3-002134, the Defendant was convicted of Attempted Unarmed Carjacking and sentenced to 24

months of incarceration.

All of the Defendant's actions were voluntary, on purpose, and not by mistake or accident. There was no legal justification for the Defendant's possession of the firearm or ammunition.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the parties but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the Defendant's plea of guilty to the charged crime. This Statement of the Offense fairly and accurately summarizes and describes some of the Defendant's actions and involvement in the offense to which he is pleading guilty.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By:  /s/ Jacob M. Green
Jacob M. Green
Assistant United States Attorney
MA Bar Number 706143
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 803-1617
Email: Jacob.green3@usdoj.gov

3

## DEFENDANT'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea to a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year). I have discussed this proffer fully with my attorney, Kevann Gardner, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 11-19-25

Damion Barnett
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence related to my client's guilty plea to a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year). I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 11-19-2025

Kevann Gardner, Esq.
Attorney for Defendant Damion Barnett

4